■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO GUTIERREZ, Appellant. [717 NYS2d 527] —Judgment, Supreme Court, Bronx County (Caesar Cirigliano, J.), rendered March 16, 1998, convicting defendant, after a nonjury trial, of assault in the first degree (two counts), assault in the second

degree and promoting prison contraband in the first degree, and sentencing him, as a second felony offender, to concurrent terms of 8 years, 8 years, 5 years and 5 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis upon which to disturb the court's determinations concerning credibility. Concur—Tom, J. P., Ellerin, Wallach, Rubin and Saxe, JJ.